DON E. LANSON, ESQ. SBN: 163414
DAVID V. HADEK, ESQ. SBN: 193154
MANFREDI, LEVINE, ECCLES, MILLER & LANSON, APC
3262 E. Thousand Oaks Blvd., Suite 200
Westlake Village, CA 91362-3400
Telephone: (805) 379-1919
Facsimile: (805) 379-3819

Attorneys for Creditor
MISSION VALLEY BANK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>PACIFIC SUN ENTERTAINMENT, INC.<br><br>Debtor.<br><hr>MISSION VALLEY BANK<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SUN ENTERTAINMENT, INC.<br><br>Defendant. | Case No.: 1:11-bk-11813-MT<br>Chapter 7<br><br>Adversary No.: 11-ap-01182-MT<br><br>**DECLARATION OF DAVID V. HADEK IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**<br><br>Judge: Hon. Maureen Tighe |

I, David V. Hadek, declare:

1. I am an attorney, duly licensed to practice before the court of the State of California and United States District Court, Central District of California. I am an associate in the law firm of Manfredi, Levine, Eccles, Miller & Lanson, attorneys of record for Plaintiff and Movant herein, MISSION VALLEY BANK. I make this declaration of my own personal knowledge, except for such matters as

are stated upon information and belief, and as to such matters, I believe them to be true. If called on as a witness I could and would competently testify thereto as follows.

2. Judgment was entered against Defendant, Pacific Sun Entertainment, Inc. ("Defendant"), in Los Angeles County Superior Court on May 22, 2009, in the total amount of $337,321.20 (the "Judgment"). A true and correct copy of the Judgment is attached hereto as Exhibit "1" and incorporated herein by reference.

3. On or about March 8, 2011, Movant's Complaint to Determine Debt Non-Dischargeable ("Complaint") was filed herein.

4. On or about March 28, 2011, a Summons and Notice of Status Conference was issued by the Court.

5. On or about March 29, 2011, I caused to be served on Defendant the Complaint, Summons and Notice of Status Conference. Attached hereto as Exhibit "2" is a true and correct copy of the filed, conformed proof of service evidencing service of the Complaint, Summons and Notice of Status Conference.

6. As of the date of this declaration, no answer or other pleading has been filed and served in response to the Complaint.

7. Pursuant to the Summons, Defendant was required to file and serve a responsive pleading on or before April 27, 2011. Movant is therefore entitled to entry of default.

8. The Defendant is represented by counsel in the above-referenced bankruptcy and adversary proceeding.

9. The Service Members Civil Relief Act (50 App. U.S.C. §521) does not apply as the Defendant is a corporation.

10. Based on the foregoing, default should be entered against the Defendant on Movant's Complaint.

/ / /

/ / /

1   I declare under penalty of perjury that the foregoing is true and correct
2   under the laws of the State of California. Executed on May 3, 2011, at
3   Westlake Village, California.

*(signature)*

David V. Hadek

# EXHIBIT 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| DON E. LANSON, ESQ. SBN 165414<br>DAVID V. HADEK, ESQ. SBN 193154<br>MANFREDI, LEVINE, ECCLES, MILLER & LANSON, APC<br>3262 E. Thousand Oaks Blvd., Suite 200<br>Westlake Village, CA 91362<br>TELEPHONE NO.: (805) 379-1919  FAX NO. (Optional): (805) 379-3819<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff, MISSION VALLEY BANK | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 9425 Penfield Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Chatsworth, CA 91311
BRANCH NAME: Chatsworth Courthouse

PLAINTIFF: Mission Valley Bank, a California corporation
DEFENDANT: Pacific Sun Entertainment Inc., a California Corp

**ORIGINAL FILED**

MAY 22 2009

LOS ANGELES
SUPERIOR COURT

| JUDGMENT | CASE NUMBER: |
|---|---|
| [ ] By Clerk  [X] By Default  [ ] After Court Trial<br>[X] By Court  [X] On Stipulation  [ ] Defendant Did Not Appear at Trial | PC043604 |

## JUDGMENT

1. [X] **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. [ ] **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. [X] **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) [ ] plaintiff's testimony and other evidence.
      (2) [X] plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. [ ] **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. [ ] the signed written stipulation was filed in the case.
   c. [ ] the stipulation was stated in open court  [ ] the stipulation was stated on the record.

3. [ ] **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on (date and time):
      before (name of judicial officer):
   b. Appearances by:
      [ ] Plaintiff (name each):                      [ ] Plaintiff's attorney (name each):
         (1)                                              (1)
         (2)                                              (2)
      [ ] Continued on Attachment 3b.

      [ ] Defendant (name each):                     [ ] Defendant's attorney (name each):
         (1)                                              (1)
         (2)                                              (2)
      [ ] Continued on Attachment 3b.

   c. [ ] Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. [ ] A statement of decision (Code Civ. Proc., § 632)  [ ] was not  [ ] was  requested.

*Received MAR 30 2009 NORTH VALLEY*

Page 1 of 2

PLAINTIFF: Mission Valley Bank, a California corp
DEFENDANT: Pacific Sun Entertainment Inc., a California Corp

NUMBER: PC043604

**JUDGMENT IS ENTERED AS FOLLOWS BY:** [X] THE COURT   [ ] THE CLERK

4. [ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. [X] for plaintiff (name each): Mission Valley Bank
   
   and against defendant (names): Pacific Sun Entertainment, Inc., a California Corporation and Saeed Sadar, an individual
   [ ] Continued on Attachment 5a.
   
   b. [ ] for defendant (name each):
   
   c. [ ] for cross-complainant (name each):
   
   and against cross-defendant (name each):
   [ ] Continued on Attachment 5c.
   
   d. [ ] for cross-defendant (name each):

6. **Amount.**
   a. [X] Defendant named in item 5a above must pay plaintiff on the complaint:

| | | | |
|---|---|---|---|
| (1) [X] | Damages | $ | 326,765.88 |
| (2) [ ] | Prejudgment interest at the annual rate of       % | $ | |
| (3) [X] | Attorney fees | $ | 9,805.32 |
| (4) [X] | Costs | $ | 750.00 |
| (5) [ ] | Other (specify): | $ | |
| (6) | **TOTAL** | | $337,321.20 |

   c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| | | |
|---|---|---|
| (1) [ ] | Damages | $ |
| (2) [ ] | Prejudgment interest at the annual rate of       % | $ |
| (3) [ ] | Attorney fees | $ |
| (4) [ ] | Costs | $ |
| (5) [ ] | Other (specify): | $ |
| (6) | **TOTAL** | $ |

   b. [ ] Plaintiff to receive nothing from defendant named in item 5b.
   [ ] Defendant named in item 5b to recover costs $
   [ ] and attorney fees $
   
   d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.
   [ ] Cross-defendant named in item 5d to recover costs $
   [ ] and attorney fees $

7. [ ] Other (specify):

Date: MAY 2 2 2009

[X] _____
JUDICIAL OFFICER
Randy Rhodes

Date: _____  [ ] Clerk, by _____, Deputy

(SEAL)

**CLERK'S CERTIFICATE** (Optional)

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____, Deputy

Page 2 of 2

JUD-100 [New January 1, 2002]                    **JUDGMENT**

# PROOF OF SERVICE

COUNTY OF VENTURA  )
                   ) ss.
STATE OF CALIFORNIA )

I, the undersigned, hereby declare that: I am over the age of 18 and not a party to the within action. I am employed in the County of Ventura, State of California. My business address is Manfredi, Levine, Eccles & Miller, 3262 E. Thousand Oaks Boulevard, Suite 200, Westlake Village, California 91362.

On March 26, 2009, I served the foregoing document(s) described as:

**JUDGMENT**

on the interested parties by placing a true copy thereof in a sealed enveloped addressed as follows:

Saeed Sardar
19425 Londelius Street
Northridge, CA 91324

Pacific Sun Entertainment, Inc.
19425 Londelius Street
Northridge, CA 91324

in the following manner:

[x] **VIA U. S. MAIL:** I deposited such envelope(s) with postage thereon fully prepaid, in the United States Mail at Westlake Village, California.

[ ] **VIA CERTIFIED U. S. MAIL:** I deposited such envelope(s) with postage thereon fully prepaid, in the United States Mail at Westlake Village, California.

[ ] **VIA FACSIMILE:** I delivered said document(s) by facsimile transmission to the above telephone fax numbers.

[ ] **VIA OVERNIGHT MAIL:** I shipped said document(s) FedEx Priority Overnight in an envelope / package designated by Federal Express addressed to the above person(s) to be served.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed on March 26, 2009, at Westlake Village, California.

*Tammy Schroeder*
Tammy L. Schroeder

---

JUDGMENT

**EXHIBIT 2**

| 1 | In re: | Chapter 7 |
|---|---|---|
| 2 | Pacific Sun Entertainment, Inc.    Debtor(s) | Case Number: 1:11-bk-11813-MT |
| 3 | | Adversary Number: 1:11-ap-01182-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3262 E. Thousand Oaks Blvd., Suite 200, Westlake Village, CA 91362

A true and correct copy of the foregoing document described as SUMMONS AND NOTICE OF STATUS CONFERENCE, ADVERSARY PROCEEDING COVER SHEET, AND COMPLAINT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *Fill in Date Document is Filed*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On March 29, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ X Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *Fill in Date Document is Filed*, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 29, 2011 | Donna Vidaurrazaga | /s/ Donna Vidaurrazaga |
|---|---|---|
| Date | Type Name | Signature |

MANFREDI, LEVINE, ECCLES, MILLER & LANSON, APC
3262 E. THOUSAND OAKS BLVD., SUITE 200
WESTLAKE VILLAGE, CALIFORNIA 91362-3400

F 9013-3.1 PROOF OF SERVICE (1:11-ap-01182-MT)

## SERVICE LIST

**Via U.S. Mail**

**Debtor**
Pacific Sun Entertainment, Inc.
15801 Stagg Street
Van Nuys, CA 91406

**Debtor's Counsel**
Ron E. Behling
Law Office of Ron E. Behling
925 North Garey Ave.
Pomona, CA 91767
Tel: (909) 622-4431
Fax: (909) 622-1851

**Trustee**
David R. Hagen (TR)
6320 Canoga Ave., Suite 1400
Woodland Hills, CA 91367
(818) 992-1940

**U.S. Trustee**
United States Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**Judge**
Maureen A. Tighe
U.S. Bankruptcy Court
Courtroom 302
21041 Burbank Blvd.
Woodland Hills, CA 91367

MANFREDI, LEVINE, ECCLES, MILLER & LANSON, APC
3262 E. THOUSAND OAKS BLVD, SUITE 200
WESTLAKE VILLAGE, CALIFORNIA 91362-3400

2
F 9013-3.1 PROOF OF SERVICE (1:11-ap-01182-MT)

| In re: | Chapter 7 |
|---|---|
| Pacific Sun Entertainment, Inc.    Debtor(s) | Case Number: 1:11-bk-11813-MT |
| | Adversary Number: 1:11-ap-01182-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3262 E. Thousand Oaks Blvd., Suite 200, Westlake Village, CA 91362

A true and correct copy of the foregoing document described as **DECLARATION OF DAVID V. HADEK IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***Fill in Date Document is Filed,*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On May 3, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ X Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 3, 2011 | Donna Vidaurrazaga | /s/ Donna Vidaurrazaga |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

*Left margin:* MANFREDI, LEVINE, ECCLES, MILLER & LANSON, APC
3262 E. THOUSAND OAKS BLVD., SUITE 200
WESTLAKE VILLAGE, CALIFORNIA 91362-3400

- 4 -
DECLARATION OF DAVID V. HADEK IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

<div style="margin-left: 2em;">MANFREDI, LEVINE, ECCLES, MILLER & LANSON, APC
3262 E. THOUSAND OAKS BLVD., SUITE 200
WESTLAKE VILLAGE, CALIFORNIA 91362-3400</div>

## SERVICE LIST

**Via U.S. Mail**

**Debtor**
Pacific Sun Entertainment, Inc.
15801 Stagg Street
Van Nuys, CA 91406

**Debtor's Counsel**
Ron E. Behling
Law Office of Ron E. Behling
925 North Garey Ave.
Pomona, CA 91767
Tel: (909) 622-4431
Fax: (909) 622-1851

**Trustee**
David R. Hagen (TR)
6320 Canoga Ave., Suite 1400
Woodland Hills, CA 91367
(818) 992-1940

**U.S. Trustee**
United States Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**Judge**
Maureen A. Tighe
U.S. Bankruptcy Court
Courtroom 302
21041 Burbank Blvd.
Woodland Hills, CA 91367

- 5 -
DECLARATION OF DAVID V. HADEK IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT