| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Don E. Lanson, SBN 163414<br>dlanson@manfredilevine.com<br>David V. Hadek, SBN 193154<br>dhadek@manfredilevine.com<br>Manfredi, Levine, Eccles, Miller & Lanson, APC<br>3262 E. Thousand Oaks Blvd., Suite 200<br>Westlake Village, CA 91362<br>Tel: (805) 379-1919<br>Fax: (805) 379-3819<br><br>☑ *Attorney for Plaintiff(s)*<br>☐ *Plaintiff(s) appearing without attorney* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - San Fernando Valley    DIVISION**

| | |
|---|---|
| In re:<br>Pacific Sun Entertainment, Inc.<br><br>Debtor(s).<br><br>Mission Valley Bank<br><br>Plaintiff(s),<br>vs.<br>Pacific Sun Entertainment, Inc.<br><br><br><br>Defendant(s). | CASE NO.: 1:11-bk-11813-MT<br>CHAPTER: 7<br>ADVERSARY NO.: 1:11-ap-01182-MT<br><br>**REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**<br><br><br>[No Hearing Required] |

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought (*specify name*): Pacific Sun Entertainment, Inc.
2. Plaintiff filed the Complaint in this adversary proceeding on (*specify date*): 3/8/11
3. The Summons and Complaint were served on Defendant by    ☐ Personal Service    ☑ Mail Service
   on the following date (*specify date*): 3/29/11
4. A conformed copy of the executed service of Summons form is attached hereto.
5. The time for filing an Answer or other responsive pleading expired on (*specify date*): 4/27/11
6. No Answer or other responsive pleading has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

Dated: 5/3/11    By: _____

Type Name: David V. Hadek
*Plaintiff or Attorney for Plaintiff*

| In re: | Chapter 7 |
|---|---|
| Pacific Sun Entertainment, Inc.    Debtor(s) | Case Number: 1:11-bk-11813-MT |
| | Adversary Number: 1:11-ap-01182-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3262 E. Thousand Oaks Blvd., Suite 200, Westlake Village, CA 91362

A true and correct copy of the foregoing document described as SUMMONS AND NOTICE OF STATUS CONFERENCE, ADVERSARY PROCEEDING COVER SHEET, AND COMPLAINT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *Fill in Date Document is Filed*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On March 29, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ X Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *Fill in Date Document is Filed*, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 29, 2011 | Donna Vidaurrazaga | /s/ Donna Vidaurrazaga |
|---|---|---|
| Date | Type Name | Signature |

MANFREDI, LEVINE, ECCLES, MILLER & LANSON, APC
3262 E. THOUSAND OAKS BLVD., SUITE 200
WESTLAKE VILLAGE, CALIFORNIA 91362-3400

## SERVICE LIST

**Via U.S. Mail**

**Debtor**
Pacific Sun Entertainment, Inc.
15801 Stagg Street
Van Nuys, CA 91406

**Debtor's Counsel**
Ron E. Behling
Law Office of Ron E. Behling
925 North Garey Ave.
Pomona, CA 91767
Tel: (909) 622-4431
Fax: (909) 622-1851

**Trustee**
David R. Hagen (TR)
6320 Canoga Ave., Suite 1400
Woodland Hills, CA 91367
(818) 992-1940

**U.S. Trustee**
United States Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**Judge**
Maureen A. Tighe
U.S. Bankruptcy Court
Courtroom 302
21041 Burbank Blvd.
Woodland Hills, CA 91367

MANFREDI, LEVINE, ECCLES, MILLER & LANSON, APC
3262 E. THOUSAND OAKS BLVD., SUITE 200
WESTLAKE VILLAGE, CALIFORNIA 91362-3400

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3262 E. Thousand Oaks Blvd., Suite 200, Westlake Village, CA 91362

A true and correct copy of the foregoing document described as **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 5/3/11_____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/3/11 | Donna Vidaurrazaga | *Donna Vidaurrazaga* (signature) |
|---|---|---|
| Date | Type Name | Signature |

## SERVICE LIST

**Via U.S. Mail**

**Debtor**
Pacific Sun Entertainment, Inc.
15801 Stagg Street
Van Nuys, CA 91406

**Debtor's Counsel**
Ron E. Behling
Law Office of Ron E. Behling
925 North Garey Ave.
Pomona, CA 91767
Tel: (909) 622-4431
Fax: (909) 622-1851

**Trustee**
David R. Hagen (TR)
6320 Canoga Ave., Suite 1400
Woodland Hills, CA 91367
(818) 992-1940

**U.S. Trustee**
United States Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**Judge**
Maureen A. Tighe
U.S. Bankruptcy Court
Courtroom 302
21041 Burbank Blvd.
Woodland Hills, CA 91367

MANFREDI, LEVINE, ECCLES, MILLER & LANSON, APC
3262 E. THOUSAND OAKS BLVD., SUITE 200
WESTLAKE VILLAGE, CALIFORNIA 91362-3400